HENRY FLAACKE, appellant,

and

THE MAYOR &c. OF JERSEY CITY and others, respondents.

*Mr. Isaac S. Taylor*, for appellant.

*Mr. Leon Abbett*, for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, 1 *Stew.* 110.

WILLIAM M. DRAKE, appellant,

and

JACOB H. DAWSON, respondent.

*Messrs. C. F. & C. E. Hill*, for appellant.

*Mr. Geo. F. Tuttle*, for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, 2 *Stew.* 383.